1  BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   MARK S. EISEN, Cal. Bar No. 289009
3    meisen@beneschlaw.com
   333 West Wacker Drive, Suite 1900
4  Chicago, Illinois 60606
   Telephone:  312.212.4949
5  Facsimile:   312.767.9192

6  Attorneys for Defendant
   ALBERTSONS COMPANIES, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

| 11 | KATIE RENVALL, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-00809-H-NLS |
|---|---|---|
| 12 | | CLASS ACTION |
| 13 | Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |
| 14 | v. | |
| 15 | ALBERTSONS COMPANIES, INC., | The Hon. Marilyn L. Huff, Courtroom 15A (15th Floor, Carter/Keep) |
| 16 | Defendant. | |

17

18    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties
19 and their respective counsel, pursuant to Federal Rule of Civil Procedure
20 41(a)(1)(A)(ii), that the above-entitled action against Albertsons Companies, Inc.
21 shall be and hereby is dismissed with prejudice and without costs, disbursements or
22 attorneys' fees to any party.  The claims of the putative class are dismissed without
23 prejudice.

24

25

26

27

28

Dated: November 29, 2018

By: /s/ Frank S. Hedin                    By: /s/ Mark S. Eisen

Frank S. Hedin                                   Mark S. Eisen
Hedin Hall LLP                                  Benesch Friedlander Coplan & Aronoff LLP
1395 Brickell Avenue, Suite 900      333 West Wacker Drive, Suite 1900
Miami, FL 33131                                Chicago, IL 60606

*Counsel for Katie Renvall*              *Counsel for Albertsons Companies, Inc.*