# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE RENVALL, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>ALBERSTONS COMPANIES, INC.,<br><br>         Defendant. | Case No.: 3:18-cv-00809-H-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 31] |

  On November 29, 2018, the parties filed a joint motion to dismiss the entire action with prejudice pursuant to Fed. R. Civ. Proc. 41(a). (Doc. No. 31.) For good cause shown, the Court grants the parties' motion and dismisses the entire action with prejudice, with each party to bear its own attorneys' fees and costs. The claims of the putative class are dismissed without prejudice. The Clerk is directed to close the case.

  **IT IS SO ORDERED.**

DATED: December 4, 2018

                _____
                MARILYN L. HUFF, District Judge
                UNITED STATES DISTRICT COURT